OPINION — AG — **** WELFARE DEPARTMENT — WORK INCENTIVE PROGRAM **** THE DEPARTMENT OF PUBLIC WELFARE HAS COMPLETE AUTHORITY TO PARTICIPATE IN THE WORK INCENTIVE PROGRAM CREATED BY PUBLIC LAW 90-248, SPECIAL SECURITY AMENDMENTS OF 1967, WHICH BECAME EFFECTIVE JULY 1, 1968, OPINION NO. 68-161 IS HEREBY WITHDRAWN. CITE: OPINION NO. 68-161, 56 O.S. 1968 Supp., 198.4 [56-198.4](B) (W. J. MONROE)